*P ATTERSON J*

Richard A. Zimmerman, Esq.
Attorney for Plaintiff
233 Broadway – Suite 2202
New York, NY 10279
Richard A. Zimmerman (RZ 0963)
(212) 962-1818
Patrick C. Crilley (PC 9057)
*Of Counsel*
(212) 619 -1919

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

NAMJEON INTERNATIONAL CO. LTD.

                Plaintiff,

      -against-

TONGLI INTERNATIONAL,
a.k.a. TONGLI SHIPPING,
a.k.a. TONGLI SHIPPING CO. LTD.,

                Defendant.
--------------------------------------------------------x

**JUDGE PATTERSON**

ECF CASE

07 CIV 9495

07 Civ. _____

ORDER APPOINTING
PROCESS SERVER

      Plaintiff, having moved for an Order pursuant to Fed.R.Civ.P. 4(c) appointing Richard A. Zimmerman and Patrick C. Crilley or any other person appointed by Richard A. Zimmerman or Patrick C. Crilley who is over 18 years of age and is not a party to this action, to serve an attachment and garnishment in this matter, and it appearing from the declaration of Patrick C. Crilley, that such appointment will result in economies in time and expense,

      NOW, on motion of Patrick C. Crilley, of counsel to Richard A. Zimmerman, attorney for Plaintiff, it is

ORDERED, that Richard A. Zimmerman, and Patrick C. Crilley or any other person appointed by Richard A. Zimmerman or Patrick C. Crilley who is over 18 years of age and is not a party to this action, be and hereby is, appointed to serve Process of Maritime Attachment and Garnishment, supplemental process and a copy of the Verified Complaint on The Bank of New York, Citibank N.A., HSBC Bank USA, N.A., JPMorgan Chase, UBS AG, Bank Of America, N.A., Standard Chartered Bank, Northern Trust Corporation, American Express Bank, Credit Suisse First Boston, Nordea Bank Denmark, Nordea Bank Finland PLC, Belgolaise Bank, Australia and New Zealand Banking Group Ltd., ANZ (Delaware) Inc., Fortis Financial Services LLC, Fortis (USA) Financial LLC, Calyon Corporate and Investment Bank, Deutsche Bank, the Bank of China, Danske Bank, Barclays Bank, Bangue Cantonale de Geneve, BNP Paribas and/or Commerce Bank and any other garnishees without limitation that may be within this District.

Dated: October 24, 2007
New York, New York

SO ORDERED:

_____
U.S.D.J.