RECEIVED
DEC 28 2007
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

Richard A. Zimmerman, Esq.
Attorney for Plaintiff
233 Broadway – Suite 2202
New York, NY 10279
Richard A. Zimmerman (RZ 0963)
(212) 962 -1818
Patrick C. Crilley (PC 9057)
*Of Counsel*
(212) 619-1919

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
NAMJEON INTERNATIONAL CO. LTD.
                Plaintiff,
-against-

TONGLI INTERNATIONAL,
a.k.a. TONGLI SHIPPING,
a.k.a. TONGLI SHIPPING CO. LTD.,
                Defendant.
----------------------------------------------------------x

ECF CASE

07 Cv. 9495 (RPP)

**VOLUNTARY DISMISSAL
AND ORDER FOR RELEASE
OF DEFENDANT'S PROPERTY**

WHEREAS, this action was commenced by the filing of a Verified Complaint on October 24th, 2007; and

WHEREAS, pursuant to Rule B of the Supplemental Rules For Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, the Court issued its Order of October 24th, 2007, directing the Clerk of the Court to issue a Writ of Maritime Attachment and Garnishment ("Writ of Attachment") to restrain property of the Defendant found in the District up to the amount $103,167.00; and

WHEREAS, said Writ of Attachment was served upon certain garnishee banks in this District, including Citibank NA and JPMorgan Chase Bank (together the "Garnishees), and by virtue of such Writ of Attachment the following electronic funds transfers (EFTs) were restrained:

a) at Citibank NA, on or about November 7, 2007, in the amount $8,600.11;

b) at JPMorgan Chase Bank, on or about November 7, 2007, in the amount $12,500.00;

c) at JPMorgan Chase Bank, on or about November 13, 2007, in the amount $82,066.89;

and;

WHEREAS, Defendant has not served or filed an Answer to the Verified Complaint or a motion for summary judgment, and

WHEREAS, the Plaintiff now wishes to dismiss this action pursuant to Rule 41(a)((1)(i) and to release the restraint of Defendant's property.

THEREFORE, Plaintiff does hereby voluntarily dismiss this action, without prejudice and without costs to either party; and

IT IS ORDERED that this action is so dismissed; and

IT IS FURTHER ORDERED that the Garnishees are to release their restraint upon the Defendant's property and to remit same to the Defendant in accordance with separate written instructions to be provided by Defendant's legal representative, the law firm of BLANK ROME LLP.

The Clerk of the Court is to close this case.

Dated: New York, New York
December 27, 2007

*[signature]*
Patrick C. Crilley (PC 9057)
Of Counsel to
Richard A. Zimmerman (RZ 0963)
Attorney for Plaintiff
233 Broadway – Suite 2202
New York, NY 10279
(212) 619-1919

December 31, 2007

SO ORDERED: *[signature]*
U.S.D.J.